FILED
CLERK U.S. DISTRICT COURT
DEC 3 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority
Send
Enter
Closed
JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREMIER FABRICS, INC., a New York Corporation,<br><br>Plaintiff,<br><br>v.<br><br>KOHL'S DEPARTMENT STORES; et. al.<br><br>Defendants. | Case No.: 15-CV-02814-SVW-AGR<br>*Honorable Stephen V. Wilson Presiding*<br><br>[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE<br><br>*[[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH]* |

- 1 -
[PROPOSED] ORDER ON STIPULATION TO DISMISS

[PROPOSED] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), thus concluding the action in its entirety;

2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;

3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and

4. The Court will retain jurisdiction to enforce the terms of the settlement agreement entered into in this matter.

SO ORDERED.

Dated: 12/3/15                By: _____
                              HONORABLE STEPHEN V. WILSON
                              UNITED STATES DISTRICT JUDGE